**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rhonda Roe, | No. CIV 07-1293 -PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Hospital and Healthcare Association, et al., | |
| Defendants. | |

Originally before Magistrate Judge Mark E. Aspey, this case was randomly reassigned to the undersigned judge pursuant to Local Rule 3.8(a). Upon careful consideration, I hereby recuse in this matter. This case was referred to the Clerk of Court for random reassignment and the **Honorable Susan R. Bolton** was drawn. Accordingly,

**IT IS ORDERED** reassigning this case to the **Honorable Susan R. Bolton**. All future pleadings and papers submitted for filing shall bear the following complete case number: **CV 07-1293-PHX-SRB**.

DATED this 27th day of July, 2007.

Stephen M. McNamee
United States District Judge